GEORGE M. REIBER
CHAPTER 13 TRUSTEE
SOUTH WINTON COURT
3136 SOUTH WINTON ROAD
ROCHESTER, NEW YORK 14623
(585) 427-7225
Fax: (585) 427-7804

May 28, 2014

Michael D. Donk
POB 196
Clifton Springs, NY 14432

Case No. 13-21344-PRW

    Pursuant to your Chapter 13 Repayment Plan, you are to remit copies of your yearly tax returns and proof of payment of tax liability to the Trustee.

    This is a letter sent to you as a courtesy to remind you that if additional documents are required as a condition of your Chapter 13 Plan, the Trustee will be awaiting this remittance. You will receive this notice <u>only</u> as a reminder to submit these documents. If these documents are not received in this office within 15 days of the date of this notice, the Chapter 13 plan will be considered delinquent and could result in a motion to dismiss your case being filed. If you know in advance that the documents required will be late and therefore will not satisfy your obligation under your plan, you are strongly urged to <u>contact your attorney to discuss your options</u>.

                                                Very truly yours,

                                                George M. Reiber

GMR/mgl
xc: John McKeown, Esq.
    U.S. Bankruptcy Court