# United States Bankruptcy Court
For The
Western District of New York

Date: 10/9/2014    Case No: 1321344

IN RE: MICHAEL D DONK    SSN #1:XXX-XX-7631
2402 ROUTE 96
CLIFTON SPRINGS, NY 14432

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AT&T MOBILITY/CINGULAR / P.O. BOX 537104 ATLANTA, GA 30353-7104 | None | | Not Filed .00 |
| 002 | BARN STORM MUSIN / 250 GREENWICH STREET NEW YORK, NY 10007 | None | | Not Filed .00 |
| 003 | BELKIN MUSIC / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |
| 004 | BROADCAST MUSIC, INC / c/o HARRIS BEACH PLLC 99 GARNSEY ROAD / PITTSFORD, NY 14534 | 36,013.58 | | Unsecured |
| 005 | CAPITAL ONE / C/O TSYS DEBT MANAGEMENT 6125 LAKEVIEW ROAD SUITE 800 / CHARLOTTE, NC 28269-2605 | None | | Not Filed .00 |
| 006 | CAPITAL ONE BANK / P O BOX 30285 SALT LAKE CITY, UT 84130-0285 | None | | Not Filed .00 |
| 007 | EOS CCA - EOS / 300 CANAL VIEW BLVD STE 130 / ROCHESTER, NY 14432 | None | | Not Filed .00 |
| 008 | CENTRAL SERVICE BUREAU, INC. / P.O. BOX 251 WATERTOWN, NY 13601-0251 | None | | Not Filed .00 |
| 009 | CHAD WILLIAMS / 1478 LAKELAND ROAD LAKEWOOD, OH 44107 | None | | Not Filed .00 |
| 010 | CHRISTOPHER ROLAND / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |
| 011 | CLAPP, PETERSON, TIEMESSEN ETAL / 711 H STREET STE 620 ANCHORAGE, AK 99501 | None | | Not Filed .00 |
| 012 | COMMUNITY BANK / C/O TRANSWORLD SYSTEMS 400 LAKESIDE DRIVE STE 200 / HORSHAM, PA 19044 | None | | Not Filed .00 |
| 013 | CORNERSTONE CREDIT / 1835 BRAGAW STREET ANCHORAGE, AK 99508 | None | | Not Filed .00 |
| 014 | COUNTING CROWS / JONES FALLS 15260 VENTURA BLVD STE 2100 / SHERMAN OAKS, CA 91403 | None | | Not Filed .00 |
| 015 | DAN RYAN JEWITT / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |
| 016 | DAVE A JANUSKO / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |
| 017 | EMI BLACKWOOD MUSIC / 2751 CENTERVILLE ROAD STE 205 WILMINGTON, DE 19808 | None | | Not Filed .00 |
| 018 | ESCATAWPA SONGS / C/O SONGS OF UNIVERSAL 111 UNIVERSAL HOLLYWOOD DRIVE / UNIVERSAL CITY, CA 91608 | None | | Not Filed .00 |
| 019 | FINANCIAL COLLECTION OF ANCHORAGE / 629 L STREET STE 20 ANCHORAGE, AK 99501 | 762.50 | | Unsecured |
| 020 | GOLD HILL MUSIC / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |
| 021 | HARRIS BEACH LLP / 99 GARNSEY ROAD PITTSFORD, NY 14534 | None | | Not Filed .00 |
| 022 | HOMEWARD RESIDENTIAL, INC. / BANKRUPTCY DEPT. 1525 S. BELTLINE RD, STE 100 NORTH / COPPELL, TX 75019 | None | | Not Filed .00 |
| 023 | IC SYSTEMS INC / P O BOX 64378 444 HIGHWAY 96 EAST / ST PAUL, MN 55164-0000 | None | | Not Filed .00 |

# United States Bankruptcy Court
For The
Western District of New York

Date: 10/9/2014     Case No: 1321344

IN RE: MICHAEL D DONK     SSN #1:XXX-XX-7631
2402 ROUTE 96
CLIFTON SPRINGS, NY 14432

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 024 | KRISTIAN AND MOLLY DEKRUIF / PO BOX 879524 WASILLA, AK 99687 | 244,011.34 | | Unsecured |
| 025 | MED REV RECOVERY / 100 METROPOLITAN DR STE 100 LIVERPOOL, NY 13088 | None | | Not Filed .00 |
| 026 | NCO FINANCIAL SYSTEMS / 507 PRUDENTIAL ROAD HORSHAM, PA 19044 | None | | Not Filed .00 |
| 027 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | 2,587.01 | 7.5000% From 02/24/2014 | Secured |
| 027 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | 14,880.84 | | Priority |
| 027 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | 3,843.77 | | Unsecured |
| 028 | NYS DEPT OF TAX & FINANCE / P O BOX 5300 BK/SPECIAL PROCEDURES SEC. / ALBANY, NY 12205-5300 | None | | Not Filed .00 |
| 029 | NYSEG / C/O SOLOMON & SOLOMON 5 COLUMBIA CIR BOX 15019 / ALBANY, NY 12212 | None | | Not Filed .00 |
| 030 | NYSEG / P O BOX 5240 ATTN: CREDIT / BINGHAMTON, NY 13902-0000 | None | | Not Filed .00 |
| 031 | RICHARD HORWITZ, ESQ. / 625 PANORAMA TRAIL BLDG 1 SUITE 107 / ROCHESTER, NY 14625-0000 | 3,057.50 | | Unsecured |
| 032 | ROBERT COOK, ESQ. / COUNSEL FOR NYS DEPT OF TAX & FINAN 340 EAST MAIN STREET / ROCHESTER, NY 14604 | None | | Not Filed .00 |
| 033 | SONGS OF UNIVERSAL INC / 111 UNIVERSAL HOLLYWOOD DRIVE UNIVERSAL CITY, CA 91608 | None | | Not Filed .00 |
| 034 | OHIO CASUALTY INSURANCE / c/o STUART ALLAN & ASSOCIATES, 5447 E. 5TH ST. STE 110 / TUSCON, AZ 85711 | 17,695.95 | | Unsecured |
| 035 | UNIVERSAL DUTCHESS MUSIC CORP / 111 UNIVERSAL HOLLYWO' UNIVERSAL CITY, CA 91608 | None | | Not Filed .00 |
| 036 | UNIVERSAL SONGS OF POLYGRAM INT / 111 UNIVERSAL HOLLYW UNIVERSAL CITY, CA 91608 | None | | Not Filed .00 |
| 037 | US ATTORNEY'S OFFICE / 100 STATE STREET, ROOM 6200 ROCHESTER, NY 14614-0000 | None | | Not Filed .00 |
| 038 | US ATTORNEY'S OFFICE / 100 STATE STREET, ROOM 6200 ROCHESTER, NY 14614-0000 | None | | Not Filed .00 |
| 039 | VALLEY COLLECTION / PO BOX 870670 WASILLA, AK 99687 | None | | Not Filed .00 |
| 040 | VALLEY HOSPITAL / 515 E DAHLIA AVE PATIENT ACCOUNTS / PALMER, AK 99645 | None | | Not Filed .00 |
| 041 | WHO IS SHE MUSIC / C/O BROADCAST MUSIC 250 GREENWICH STREET / NEW YORK, NY 10007 | None | | Not Filed .00 |

# United States Bankruptcy Court
For The
Western District of New York

Date: 10/9/2014          Case No: 1321344

IN RE: MICHAEL D DONK          SSN #1: XXX-XX-7631
2402 ROUTE 96
CLIFTON SPRINGS, NY 14432

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 042 | HARRIS BEACH PLLC / ATTN: KEVIN TOMPSETT 99 GARNSEY ROAD / PITTSFORD, NY 14534 | None | | Not Filed .00 |
| | Total | 322,852.49 | | |
| | JOHN F. MCKEOWN, ESQ 70 NORTH MAIN STREET CANANDAIGUA, NY 14424-0000 | 1,500.00 | | Debtor's Attorney |

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

### NOTICE

At Rochester, NY
PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 10/23/14 to the debtor and attorney for the debtor.

CLERK /s/ Lisa Bertino Beaser, Clerk of the Court

/s/